# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LATAWNYA COWAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:25-cv-00236-RWS |
| MO DEPT OF SOCIAL SERVICES, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER OF TRANSFER

This matter is before the Court upon review of the complaint filed by self-represented plaintiff Latawnya Cowan, a resident of Columbia, Missouri. For the following reasons, this case will be transferred to the United States District Court for the Western District of Missouri.

Plaintiff brings this case against the Missouri Department of Social Services and the California Department of Social Services. Her lawsuit arises from several incidents in which she was denied benefits and access to defendants' programs and services. She seeks $20 million in compensatory damages, punitive damages, "and ruling on what federal policies apply to migrant seasonal workers w[ith] disabilities who receive ssi, also if [U.S.] born crime victims should be provided sanctuary and vawa protections and good cause waivers the same as non us citizens." ECF No. 1 at 6.

Under 28 U.S.C. § 1391(b), an action of this type may be brought only in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section,

any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

Plaintiff alleges the events described in her complaint occurred in Jefferson City, Missouri and Sacramento, California, and this is where both defendants are located. *See* ECF No. 1 at 8. Because many of the events or omissions giving rise to plaintiff's claims occurred in the Western District of Missouri, venue is proper there. Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Here, the Court concludes that it is in the interest of justice to transfer this case to the United States District Court for the Western District of Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's application to proceed in district court without prepaying fees or costs is **provisionally GRANTED**, subject to modification by the United States District Court for the Western District of Missouri. [ECF No. 2]

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of Missouri. *See* 28 U.S.C. § 1406(a).

Dated this 28th day of February, 2025.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE